**REDDICK v. STATE.**

No. 22731.

Court of Criminal Appeals of Texas.

Feb. 2, 1944.

W. T. McDonald and Oak McKenzie, both of Bryan, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder; punishment assessed at five years in the penitentiary.

The record is before us without a statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.